

SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 2 8 2018

JULIA C. DUDLEY, CLERK
BY: /s/ 
   DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:18CR00003 |
| ) | |
| v. ) | |
| CHRISTOPHER CHARLES COLLINS, ) | |
| a/k/a "NavyGuy4Yng" ) | |

## MOTION TO SEAL

COMES NOW the United States by and through its undersigned attorney and moves this Honorable Court to seal the Indictment, and all related documents, in the above captioned case for a period of thirty (30) days or until the defendant is taken into custody, whichever is sooner.

Respectfully submitted,

RICK A. MOUNTCASTLE
UNITED STATES ATTORNEY

Nancy S. Healey (VA Bar No. 39447)
Assistant United States Attorney
Nancy.Healey@usdoj.gov

February 27, 2018