SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 20 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTOPHER CHARLES COLLINS | ) Case No. 6:18CR00003-001 |
| a/k/a "NavyGuy4Yng" | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER CHARLES COLLINS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempted Transfer of Obscene Material to a Person Under 16 Years of Age and Possession of Child Pornography

Date: 02/28/2018

By: N. Wheeler, Deputy Clerk
*Issuing officer's signature*

City and state: Charlottesville, Virginia

JOEL C. HOPPE, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/28/2018, and the person was arrested on *(date)* 3/19/2018
at *(city and state)* Charlottesville, VA.

Date: 3/20/2018

*Arresting officer's signature*

James C Williams
*Printed name and title*